RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
KEISHA K. MATTHEWS
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Keisha_Matthews@fd.org

Attorney for Jose Castro-Felix

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>JOSE CASTRO-FELIX,<br><br>            Defendant. | Case No. 2:20-cr-00228-APG-BNW<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Edward G. Veronda, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Keisha K. Matthews, Assistant Federal Public Defender, counsel for Jose Castro-Felix, that the Sentencing Hearing currently scheduled on June 21, 2022, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. Defense counsel is out of the jurisdiction on the currently scheduled sentencing hearing date.

2. Additional time is needed to comply with the safety valve requirement pursuant to U.S.S.G. § 5C1.2(a)(5) and to gather additional sentencing mitigation evidence.

3. The defendant is in custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

This is the first request for a continuance of the sentencing hearing.

DATED this 27th day of April, 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| */s/ Keisha K. Matthews*<br>By_____<br>KEISHA K. MATTHEWS<br>Assistant Federal Public Defender | */s/ Edward G. Veronda*<br>By_____<br>EDWARD G. VERONDA<br>Assistant United States Attorney |

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JOSE CASTRO-FELIX,<br><br>    Defendant. | Case No. 2:20-cr-00228-APG-BNW<br><br>**ORDER** |

    IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Tuesday, June 21, 2022 at 1:30 p.m., be vacated and continued to August 3, 2022 at the hour of 9:00 a.m. in LV courtroom 6C.

    DATED this 28th day of April, 2022.

_____
UNITED STATES DISTRICT JUDGE

3