RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
KEISHA K. MATTHEWS
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Keisha_Matthews@fd.org

Attorney for Jose Castro-Felix

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00228-APG-VCF |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| v. | (Second Request) |
| JOSE CASTRO-FELIX, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Edward G. Veronda, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Keisha K. Matthews, Assistant Federal Public Defender, counsel for Jose Castro-Felix, that the Sentencing Hearing currently scheduled on August 3, 2022, be vacated and continued to a date and time convenient to the Court, but no sooner than forty-five (45) days.

This Stipulation is entered into for the following reasons:

1.      Defense counsel needs additional time to prepare for sentencing.

2.      The defendant is in custody and agrees with the need for the continuance.

3.      The parties agree to the continuance.

1    This is the second request for a continuance of the sentencing hearing.

2    DATED this 26th day of July, 2022.

3

4    RENE L. VALLADARES                    JASON M. FRIERSON
     Federal Public Defender               United States Attorney

5

6        */s/ Keisha K. Matthews*              */s/ Edward G. Veronda*
     By_____      By_____

7    KEISHA K. MATTHEWS                    EDWARD G. VERONDA
     Assistant Federal Public Defender     Assistant United States Attorney

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

                                        2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00228-APG-VCF |
| Plaintiff, | **ORDER** |
| v. | |
| JOSE CASTRO-FELIX, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Wednesday, August 3, 2022, at 9:00 a.m., be vacated and continued to September 21, 2022 at the hour of 2:30 p.m. in LV Courtroom 6C.

DATED this 27th day of July, 2022.

_____
UNITED STATES DISTRICT JUDGE

3